**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NDB:tt
F. #2024R00495

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 2, 2026

By ECF and USAfx

Christopher D. Wright, Esq.
299 Broadway, Suite 708
New York, New York 10007
212-822-1419
wrightlawnyc@gmail.com

Re: United States v. Maurice Duhaney
Criminal Docket No. 24-523 (DLI)

Dear Counsel:

Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This material is produced pursuant to the protective order entered by the Court on October 8, 2025 (ECF No. 35).

The government also requests reciprocal discovery from the defendant.

| | |
|---|---|
| Certificate of Business Records for LIE Check Cashing Corporation – MoneyGram and underlying records which were previously produced as DUHANEY_000451–DUHANEY_000456 | DUHANEY_000660–DUHANEY_000667 |
| Audio, video and photographs of meetings with "Malacara" from July 22, 2024, through September 4, 2024 | DUHANEY_000668-DUHANEY_000683 |
| WhatsApp audio meetings with "Malacara" from September 4, 6 and 9, 2024 | DUHANEY_000684-DUHANEY_000686 |

| | |
|---|---|
| WhatsApp chats, audio, video and photographs with "Malacara" from July 16 and 18, 2024 | DUHANEY_000687-DUHANEY_000706 |
| Drug Enforcement Administration Reports | DUHANEY_000707-DUHANEY_000710 |

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Nomi D. Berenson
Nomi D. Berenson
Assistant U.S. Attorney
(718) 254-6308

Enclosures

cc: Clerk of the Court (DLI) (by ECF) (without enclosures)